UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DEON SHARP,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>CALIFORNIA DEPT. OF CORRECTIONS, REHABILITATION, WARDEN HAWS, CSP LAC, J. CURIEL, APPEALS COORD., TOM CASE, CORRECTIONAL OFFICER, GINO MURRIETTA, CORR. OFFICER, CHIEF MEDICAL OFFICER, PAULETTE FINANDER,<br><br>　　　　　　Defendants. | Case No. CV 09-0105-FMC(RC)<br><br>JUDGMENT |

IT IS ADJUDGED that Judgment be entered dismissing without prejudice the complaint and action.

DATED: July 2, 2009

　　　　　　　　　　　　　　　　　　／s／ Florence-Marie Cooper
　　　　　　　　　　　　　　　　　　FLORENCE-MARIE COOPER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

R&R\09-0105.jud
5/28/09